BURKE, Appellant, v. WESTPHAL, Respondent. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by Joseph Burke against Louis Westphal. PER CURIAM. Judgment of the Municipal Court affirmed, with costs, on the ground that it appears by the testimony of plaintiff that he had executed an assignment of the claim constituting the cause of action, and there was no proof of any reassignment thereof to him. See, also, 131 App. Div. 910, 115 N. Y. Supp. 1114.

BUTLER, Respondent, v. WALKER, Appellant, et al. (Supreme Court, Appellate Division, First Department. February 3, 1911.) Action by J. Wesley Butler against Hannah C. Walker, impleaded with others. J. W. Smith, for appellant. C. E. Toney, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

CALLAGHAN et al., Respondents, v. PIETROWSKI & KONOP CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by James Callaghan and another against the Pietrowski & Konop Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

CALLAHAN, Appellant, v. MUNSON S. S. LINE et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by Michael Callahan against the Munson Steamship Line and others. No opinion. Motion to dismiss appeal granted, without costs. See, also, 126 N. Y. Supp. 538.

CAMERERI, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by Rosario Camereri against the Brooklyn Heights Railroad Company. No opinion. Order of the Municipal Court affirmed, with costs.

CAMERON, Respondent, v. CAMERON, Appellant. (Supreme Court, Appellate Division, Second Department. January 27, 1911.) Action by Elizabeth B. Cameron against Duncan Ewen Cameron. No opinion. Order affirmed, with $10 costs and disbursements.

CAPPELLIO, Respondent, v. STORM KING STONE CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by James Cappellio against the Storm King Stone Company. PER CURIAM. Judgment and order affirmed, with costs. CARR, J., dissents.

CARPENTER, Appellant, v. HAMMOND et al., Respondents. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by John H. Carpenter against Thomas F. Hammond and another. P. S. Russell, for appellant. N. D. Becker, for respondents. No opinion. Judgment (68 Misc. Rep. 438, 125 N. Y. Supp. 31) affirmed, with costs. Order filed.

CARR, Appellant, v. HOEFER, Respondent. (Supreme Court, Appellate Division, Second Department. February 24, 1911.) Action by John Carr against Herman Hoefer. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 125 App. Div. 908, 109 N. Y. Supp. 1126.

CHAIMAN, Appellant, v. CHAYMAN, Respondent. (Supreme Court, Appellate Division, First Department. January 13, 1911.) Action by Gittel Chaiman against Sossie Chayman. S. Mayer, for appellant. M. Schleimer, for respondent. No opinion. Order reversed, and motion to open default granted, on terms stated in order. Order filed.

CHAPMAN, Appellant, v. BROWN, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by William L. Chapman against Edward Brown. No opinion. Motion for reargument denied, with costs. For former decision, see 125 N. Y. Supp. 1115.

CHASE HIBBARD MILLING CO., Appellant, v. CITY OF ELMIRA, Respondent. (Supreme Court, Appellate Division, Third Department. March 8, 1911.) Action by the Chase Hibbard Milling Company against the City of Elmira. No opinion. Judgment unanimously affirmed, with costs.

CHRIST, Respondent, v. CHRIST, Appellant. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Katherine Christ against Herman Christ. L. A. Cuvillier, for appellant. N. W. Kerngood, for respondent. No opinion. Order modified, as stated in order, and, as modified, affirmed, without costs. Order filed.

CITY OF FULTON, Appellant, v. COLES, Respondent. (Supreme Court, Appellate Division, Fourth Department. February 8, 1911.) Action by the City of Fulton against Thomas Coles, as sole trustee of School District No. 18, in Town of Granby, New York. No opinion. Judgment affirmed, with costs.

CITY OF NEW YORK, Appellant, v. BAUM, Respondent. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by the City of New York against Morris Baum. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the evidence, to the effect that, when the defendant was asked to show his scales, he pushed the scales which were examined to the inspector, was prima facie proof of the use thereof.

CITY OF NEW YORK, Respondent, v. CORN, Appellant, et al. (Supreme Court, Appellate Division, First Department. January

27, 1911.)   Action by the City of New York against Henry Corn, impleaded with others. D-Cady Herrick, for appellant.   T. Connoly, for respondent.

PER CURIAM.   Judgment and order affirmed, with costs.   Order filed.

McLAUGHLIN, J., dissents, on the ground that the court erred in excluding the evidence offered by the appellant.   See, also, 133 App. Div. 1, 117 N. Y. Supp. 514; 133 App. Div. 899, 118 N. Y. Supp. 1141.

CLAYTON, Respondent, v. OLSEN, Appellant.   (Supreme Court, Appellate Division, Second Department.   February 24, 1911.)   Action by Charles A. Clayton against Peter Olsen.   No opinion.   Judgment of the Municipal Court affirmed, with costs.

In re CLEMENT, State Excise Com'r.   (Supreme Court, Appellate Division, Third Department.   January 4, 1911.)   In the matter of the petition of Maynard N. Clement, as State Commissioner of Excise, for an order revoking and canceling liquor tax certificate No. 29,255, issued to Adam Miller.   No opinion.   Judgment and order reversed, as against the weight of evidence, and new trial ordered, with costs to appellant to abide the event.

CLEMENT, State Excise Com'r, Respondent, v. FREELAND et al., Appellant.   (Supreme Court, Appellate Division, First Department.   February 3, 1911.)   Action by Maynard N. Clement, as Commissioner of Excise, against Joseph Freeland and others.   H. J. Goldsmith, for appellant.   H. H. Kellogg, for respondent. No opinion.   Judgment and order affirmed, with costs.   Order filed.

In re CLOSE.   (Supreme Court, Appellate Division. Second Department.   January 13, 1911.) In the matter of Frederick P. Close, an attorney.   No opinion.   In view of respondent's ample apology, proceeding dismissed.

COBB, Appellant, v. SYRACUSE, B. & N. Y. R. CO., Respondent.   (Supreme Court, Appellate Division, Third Department.   January 4, 1911.)   Action by Hugh H. Cobb against the Syracuse, Binghamton & New York Railroad Company.   No opinion.   Judgment unanimously affirmed, with costs.

COHEN, Respondent, v. EDMONDS, Appellant.   (Supreme Court, Appellate Division, Second Department.   January 27, 1911.)   Action by Levi Cohen against John Edmonds.   No opinion.   Judgment of the Municipal Court affirmed, with costs.

COHEN, Appellant, v. THOMAS, Respondent.   (Supreme Court, Appellate Division, First Department.   January 27, 1911.)   Action by Clarence M. Cohen against Ransom H. Thomas, as president, etc.   R. B. Honeyman, for appellant.   L. G. Ledyard, for respondent.   No opinion.   Judgment affirmed, with costs.   Order filed.   See, also, 63 Misc. Rep. 378, 116 N. Y. Supp. 725.

COLE, Appellant, v. DANA, Respondent. (Supreme Court, Appellate Division, Third Department.   January 4, 1911.)   Action by Arthur M. Cole, as receiver of the Northwestern Mutual Fire Insurance Company of Onondaga County, against John J. Dana.   No opinion. Judgment of County Court unanimously affirmed, with costs.

COLLIE, Respondent, v. INTERNATIONAL RY. CO., Appellant.   (Supreme Court, Appellate Division, Fourth Department.   January 25, 1911.)   Action by William F. Collie against the International Railway Company.

PER CURIAM.   Judgment and order affirmed, with costs.

SPRING, J., not sitting.

CONTE, Respondent, v. FROST, Appellant. (Supreme Court, Appellate Division, Third Department.   January 4, 1911.)   Action by Girolamo Conte against John Frost.   No opinion. Judgment and order unanimously affirmed, with costs.

COOK, Appellant, v. TAYLOR, Respondent. (Supreme Court, Appellate Division, Third Department.   January 4, 1911.)   Action by Arthur W. Cook against Thomas O. Taylor as administrator of the estate of Elizabeth D. Taylor, deceased.   No opinion.   Judgment unanimously affirmed, with costs.   See, also, 137 App. Div. 890, 121 N. Y. Supp. 1128.

COPELAND, Appellant, v. EFFINGER et al., Respondents.   (Supreme Court, Appellate Division, Second Department.   February 10, 1911.)   Action by Thomas Copeland against Edward Effinger and others.   No opinion.   Judgment of the Municipal Court affirmed, with costs.

In re CRESCENT STREET IN CITY OF NEW YORK.   (Supreme Court, Appellate Division, Second Department.   January 31, 1911.) In the matter of the application of the City of New York relative to acquiring title to Crescent Street, from Hunter Avenue to Winthrop Avenue, in the First Ward, Borough of Queens, City of New York.   No opinion.   Motion denied, without costs.

CUDAHY PACKING CO., Respondent, v. SCHOEN, Appellant.   (Supreme Court, Appellate Division, First Department.   February 24, 1911.)   Action by the Cudahy Packing Company against Frederick Schoen.   J. Miller, for appellant.   G. H. Montague, for respondent. No opinion.   Order affirmed, with $10 costs and disbursements.   Order filed.

CUMMINGS, Respondent, v. CORBIN MOTOR VEHICLE CO., Appellant.   (Supreme Court, Appellate Division, First Department. February 3, 1911.)   Action by George H. Cummings against the Corbin Motor Vehicle Company.   G. H. Mitchell, for appellant.   H. L. Moses, for respondent.   No opinion.   Judgment